Certificate Number: 05781-GAN-DE-041224028

Bankruptcy Case Number: 26-58603



05781-GAN-DE-041224028

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2026, at 6:13 o'clock PM PDT, Andrehina Figallo completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   July 20, 2026

By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President